COMMONWEALTH *vs.* CHARLES R. HESSER. November 1, 1973. This appeal under G. L. c. 278, § 28, brings to us nothing but the docket entries, which indicate that the defendant was fined five dollars for a "parking violation." The parking regulation involved is not contained in the record or even in the brief by agreement of the parties. See *Commonwealth* v. *Berney,* 353 Mass. 571, 572 (1968). The defendant's two-page brief asserts that his conviction "is clearly contrary to the spirit, concept and tradition of Anglo-American constitutional law," citing a North Carolina case concerned with off-street metered parking. The brief submitted in his behalf cannot be said to contain an argument as required by Rule 1:15 (1) (d) of the Appeals Court Rules. *Lolos* v. *Berlin,* 338 Mass. 10, 13-14 (1958). We therefore do not feel called upon to deal further with this case. The brief is struck and the appeal, which borders on the impertinent, is dismissed.

*So ordered.*

*Leonard Kopelman & Charles R. Hesser, Jr. (Judith E. Soltz* with them) for the defendant.

*David G. Eisenstadt,* Assistant District Attorney, for the Commonwealth.